Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIE C. CHAMLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES, OBRA L. KENT and JOHN DOE KENT, husband and wife and their marital community composed thereof,<br><br>Defendants. | CASE NO. C17-0522 RSM<br><br>ORDER REFORMING CAPTION |

Having reviewed the Notice of Substitution and a duly executed Certification of Annette L. Hayes, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of defendants Obra L. Kent and John Doe Kent, husband and wife and their marital community composed thereof.

ORDER REFORMING CAPTION
C17-0522 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that the caption of this case be amended to read as follows: |
| 2 | |

| | |
|---|---|
| MARIE C. CHAMLEY, an individual, | CASE NO. C17-0522 RSM |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DATED this 20 day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ANNETTE L. HAYES
United States Attorney

s/ Whitney Passmore
WHITNEY PASSMORE, NC # 38421
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: whitney.passmore@usdoj.gov

ORDER REFORMING CAPTION
C17-0522 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970