UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIE C. CHAMLEY, an individual,

    Plaintiff,

v.

THE UNITED STATES of AMERICA,

    Defendant.

CASE NO. C17-0522 RSM

STIPULATION AND ORDER OF DISMISSAL OF THE UNITED STATES OF AMERICA

## JOINT STIPULATION

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

STIPULATION AND ORDER OF DISMISSAL OF THE UNITED
STATES OF AMERICA
C17-0522 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The parties further stipulate that this matter has been fully compromised and
2  settled.
3
4
5  DATED this 5th day of February, 2018.
6  CARTER & FULTON, P.S.                    ANNETTE L. HAYES
7                                            United States Attorney
8   s/ Donald W. Carter                     s/ Whitney Passmore
9  DONALD W. CARTER, WSBA No. 5569          WHITNEY PASSMORE, NC # 38421
   3731 Colby Avenue                        Assistant United States Attorney
10 Everett, WA 98201                        United States Attorney's Office
   Phone: 425-258-3538                      700 Stewart Street, Suite 5220
11 Email: dwc@carterfultonlaw.com           Seattle, Washington 98101-1271
12                                          Phone: 206-553-7970
13 Attorney for Plaintiff                   Fax: 206-553-4067
                                            Email: whitney.passmore@usdoj.gov
14
15                                          Attorneys for Defendant United States of
                                            America

# **ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 6 day of February 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF THE UNITED STATES OF AMERICA
C17-0522 RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970